UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANNA MEDLIN,

    Plaintiff,

v.                                    Case No: 8:19-cv-1493-T-36TGW

BROTHERS EZ MOVING, LLC,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on December 6, 2019 (Doc. 26). In the Report and Recommendation, Magistrate Judge Wilson recommends that the Court grant the parties' Joint Stipulation of Dismissal with Prejudice or, Alternatively, Notice that Review is Unnecessary Under *Lynn's* Food or, Alternatively, Motion to Approve Settlement (Doc. 21). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a Joint Notice of No Objection. *See* doc. 27.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Stipulation of Dismissal with Prejudice or, Alternatively, Notice that Review is Unnecessary Under *Lynn's* Food or, Alternatively, Motion to Approve Settlement (Doc. 21) is **GRANTED.** The Settlement Agreement (Doc. 21 - 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on December 10, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record